1  La Dell Grizzell Pro Per
2  Address: Confidential Safe at Home
   San Marcos, CA 92069
3  Phone: N/A | Fax: N/A

4

5  UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

6  CALIFORNIA

7

8

9

10 LA DELL GRIZZELL, MINOR JOHN          Case No.: **21cv863-CAB-MDD**
   DOE #1, MINOR JANE DOE #2,
11 MINOR JOHN DOE #3,

12          Plaintiff,                    **PLAINTIFFS MOTION TO FILE AN**
                                          **AMENDED COMPLAINT AND A**
13 vs.                                    **PERMANENT INJUNCTION**

14
   SAN ELIJO ELEMENTARY SCHOOL,
15 SAN MARCOS UNIFIED SCHOOL
16 DISTRICT,

17          Defendant

18

19
           Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff's LA DELL
20
   GRIZZELL, MINOR JOHN DOE #1, MINOR JANE DOE #2, MINOR JOHN DOE #3,
21
22 (collectively, "Plaintiffs") respectfully motions the court to file the attached Amended Complaint

23 and Injunction.

24
           Rule 15 provides that "a party may amend its pleading [with] the court's leave"
25
   and that "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).
26
27 Plaintiffs (collectively) move to file the Amended Complaint and Injunction within the time

28 permitted by the Court. Allowing Plaintiffs to file the Amended Complaint and move to file an

   PLAINTIFFS MOTION TO FILE AN AMENDED COMPLAINT AND A PERMANENT INJUNCTION - 1

1   injunction that would serve justice and promote judicial efficiency. Further, there would be no

2   substantial or undue prejudice, bad faith, undue delay, or futility to the Defendant(s).

3
4        Through the Amended Complaint, Plaintiffs seek to add the Points of Authorities

    that is requested by the courts to provide example(s) of similar cases and for an injunction due
5
6   imminent danger of Plaintiff(s) (collectively). For all these reasons, and those stated in the

7   attached memorandum in support, Plaintiffs respectfully request that the Court grants Plaintiffs

8   motion to file the attached Amended Complaint and Injunction relief due to the Plaintiffs

9   (collectively) being kicked out of school and out of the school district with less than four weeks
10
    of school. Indeed, Plaintiffs (collectively) remain focused on requesting an injunction to stop the
11
12  racial discrimination, malicious retaliation, continuum violation civil rights of the fourteenth

13  amendment due to the Defendants' continuum ongoing practice of racial discrimination,

14  harassment, conspiracy via abuse of power, mental abuse, retaliation, unlawful exclusion and so

15  forth etc.  A copy of the proposed amended complaint and injunction is filed with this motion.
16
         Wherefore, plaintiffs (collectively) respectfully request that this court grants
17
18  plaintiffs motion for leave to file an amended complaint and motion for leave to file an

19  injunction.

20       Respectfully Submitted,

21

22
    Dated this 14 of May, 2021.
23

24

25                                          /s/ La Dell Grizzell

26                                          _____
                                            Attorney Name
27

28                                          La Dell Grizzell (Pro Per)

1  La Dell Grizzell Pro Per
2  Address: Confidential Safe at Home
   San Marcos, CA 92069
3  Phone: N/A | Fax: N/A

4
       UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
5
6                                    CALIFORNIA

7

8   LA DELL GRIZZELL, MINOR JOHN          Case No.: **21cv863-CAB-MDD**
9   DOE #1, MINOR JANE DOE #2,
    MINOR JOHN DOE #3,
10
                                          **MEMORANDUM IN SUPPORT OF**
11           Plaintiff,                   **PLAINTIFFS' MOTION TO FILE**
                                          **AMENDED COMPLAINT AND**
12  vs.                                   **INJUNCTION**

13  SAN ELIJO ELEMENTARY SCHOOL,
14  SAN MARCOS UNIFIED SCHOOL
    DISTRICT,
15
             Defendant
16

17          Pursuant to Rule 15, Plaintiffs LA DELL GRIZZELL, MINOR JOHN DOE #1,

18  MINOR JANE DOE #2, MINOR JOHN DOE #3, (collectively, "Plaintiffs") motion the Court to

19  file the attached Amended Complaint and Injunction.

20     **I.      PROCEDURAL BACKGROUND**

21
            Plaintiffs (collectively) filed the original Complaint on May 4, 2021. In addition to
22
23  this motion to amend the complaint the plaintiffs have also filed a motion for an injunction. If

24  this motion is granted, the proposed amended complaint would reflect the cited pointed of

25  authorities to support the amplification of the original allegations pertained in the complaint.

26  Moreover, the injunction would halt irreparable harm caused as a direct result of racially
27
    motivated discrimination, violation of Plaintiffs (collectively) due process, etc.
28  MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT AND
    INJUNCTION - 1

1

## II. <u>Argument</u>

2

1. The filing of an amended complaint will allow the addition of the points of

3

authorities to be reflected clearly in the record.

4

5

2. The filing of the injunction will allow the halt of irreparable harm of kicking the

6

Plaintiffs (collectively) out of the school and school district which is caused as a

7

direct result of ongoing continuum racially motivated discrimination, violation of

8

Plaintiffs (collectively) due process, unlawful exclusion, retaliation, and so forth.

9

a. Plaintiffs (collectively) were not the only students to leave their cameras

10

off during google classroom. For the other students which names have

11

been redacted for safety purposes of the minor students who are

12

Caucasian, Asian, Middle Eastern, etc. had their cameras off as well as

13

Plaintiffs (collectively). However, Plaintiffs (collectively) who are the

14

only Black students were racially discriminated against by being kicked

15

16

out of the school and school district; in addition, with no due process.

17

**"Exhibit A"**

18

19

b. Plaintiff personally went to pick up Plaintiffs (collectively) student

20

material(s) on several occasions and spoken to staff as well during

21

material pickups. Plaintiff did not wait till the last minute to pick up

22

student material(s) for there were more than twelve other Caucasian,

23

Asian, Middle Eastern, etc. student material(s) in the material pick up bin.

24

25

However, Plaintiffs (collectively) who are the only Black students were

26

racially discriminated against by being kicked out of the school and school

27

district; in addition, with no due process stating that Plaintiff did not pick

28

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT AND
INJUNCTION - 2

up materials in a timely fashion and Defendants demanding when Plaintiff

could come on campus and only demanding Plaintiff to pick up supplies.

**"Exhibit A"**

    c.  Defendants have caused irreparable harm which was caused as a direct

result of racially motivated discrimination by kicking Plaintiffs

(collectively) out of the school and school district for Plaintiffs

(collectively) attended google class whenever Defendants San Elijo

Elementary School and San Marcos Unified School District would permit.

Moreover, the constant racial discrimination, unlawful exclusion,

bullying/cyberbullying, harassment, mental abuse, and so forth of the

Caucasian, Asian, Middle Eastern, etc. teachers and students was nearly a

daily occurrence. Therefore, with approximately six weeks left of the

school year Plaintiff decided to remove Plaintiffs (collectively) out of the

safety and well-being of the minor children from participating via zoom

but still completing and submitting classwork due to Defendants constant

racial discrimination, unlawful exclusion, bullying/cyberbullying,

harassment, mental abuse, and so forth. Plaintiffs (collectively) who are

the only Black students were racially discriminated against by being

kicked out of the school and school district; in addition, with no due

process. **"Exhibit A"**

     **John Barnhardt et al., Appellants, v. Meridian Municipal Separate School District**

**et al., Appellees, 394 F.2d 454 (5th Cir. 1968)**

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT AND INJUNCTION - 3

3. There is no unfair surprise or other prejudice to the defendants in presenting these amplified allegations.

4. The proposed amended complaint does not change the nature of the relief requested. It is filed in good faith as soon as reasonably possible after the facts became available to plaintiffs as a result of discovery. The filing of the amended complaint will not delay in any manner the prosecution of this suit.

5. **Rule 15(a), Federal Rules of Civil Procedure**, states.that "...leave [to amend the pleadings of a party] shall be freely given when justice so requires." Under the liberal standard set forth in the leading case by the Supreme Court interpreting Rule 15, it is apparent that leave to amend should be granted: If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason--such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc - -the leave sought should, as the rules require, be "freely given." **Foman v. Davis, 371 U.S. 178, 182-183 (1962).**

For the above reasons, plaintiffs respectfully request that the motion for leave to amend complaint and injunction be granted.

Dated this 14 of May, 2021.       /s/ La Dell Grizzell

_____

Name Pro Per

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT AND INJUNCTION - 4

1  La Dell Grizzell Pro Per
2  Address: N/A
   San Marcos, CA 92069
3  Phone: N/A | Fax: N/A

4
   UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
5
6  CALIFORNIA

7

8  LA DELL GRIZZELL, MINOR JOHN       Case No.: **21cv863-CAB-MDD**
9  DOE #1, MINOR JANE DOE #2,
   MINOR JOHN DOE #3,
10
                                      FIRST AMENDED MOTION OF
11      Plaintiff,                    BRIEF IN SUPPORT TO EXCEED
                                      THE PAGE LIMIT
12 vs.

13 SAN ELIJO ELEMENTARY SCHOOL,
   SAN MARCOS UNIFIED SCHOOL
14 DISTRICT,

15      Defendant

16
   Pursuant of Civil Rule 7.1 Motion Practice, Extensions, Enlargements or
17
18 Shortening of Time, Submission of Orders as Plaintiff Pro Per respectfully motions

19 the court to file the original complaint of 114 pages. As grounds for this motion
20
   Plaintiff Pro Per states:
21
22   1.  While the undersigned Plaintiff Pro Per will make every effort to condense
23
24      and streamline the arguments in support of the motion of the complaint,
25      Plaintiff Pro Per respectfully submit(s) that a complaint of 105 pages is
26      necessary to fully set out the bases for the complaint of a plethora of
27
28      violations of a continuum of the doctrine 1983, federal laws of civil rights,

FIRST AMENDED MOTION OF BRIEF IN SUPPORT TO EXCEED THE PAGE LIMIT - 1

violations of a continuum of the doctrine 1983, federal laws of civil rights, Title IV and VI of the civil rights act, California Education Code § 48900-Bullying, California Education Code- § 44114-Retaliation, etc. For instance, the complaint summarizes the ongoing of abuse of many years, many different individual(s) at the San Elijo Elementary School and San Marcos Unified School District of the constant changing of the guards whom were ALL responsible for the abuse of three minor children, Plaintiff's, and Plaintiff's family as a whole. This discussion sets the necessary context for the legal arguments of the complaint.

2. Given the numerous issues, statement of fact(s), individual(s), claim(s), etc. to be addressed, the Plaintiff Pro Per respectfully submits that her complaint will assist the Court in obtaining a clear and concise view of the violation(s) of Plaintiff, Plaintiff(s) Minor John Doe #1, Minor Jane Doe #2, Minor John #3, and Plaintiff's civil rights which is the crux of this particular case.

3. Plaintiff is submitting three rejection notices for each minor, Table of Contents, Table of Authorities in conjunction with the motion to extend

For the foregoing reasons, Plaintiff Pro Per requests that this Court allow her to motion of brief in support to exceed the page

1  Respectfully Submitted,

2     Dated this 15 of May, 2021.

3

4

5                                                   /s/ La Dell Grizzell

6                                          _____

7                                               La Dell Grizzell (Pro Per)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED MOTION OF BRIEF IN SUPPORT TO EXCEED THE PAGE LIMIT - 3

La Dell Grizzell (Pro Per)

Address: N/A

San Marcos, CA 92069

Phone: N/A | Fax: N/A

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| LA DELL GRIZZELL, MINOR JOHN DOE #1, MINOR JANE DOE #2, MINOR JOHN DOE #3, <br><br> Plaintiff, <br><br> vs. <br><br> SAN ELIJO ELEMENTARY SCHOOL, SAN MARCOS UNIFIED SCHOOL DISTRICT, <br><br> Defendant | Case No.: **21cv863-CAB-MDD** <br><br> FIRST AMENDED MOTION OF TABLE OF AUTHORITIES CITED |

**Table of Authorities Cited**

1. Brown v. Board of Education, 347 U.S. 483 (1954).

2. Tyronne and Lakisha Adams, v. Okaloosa County School District and Superintendent Mary Beth Jackson (2016).

3. Zeno v. Pine Plains Central School District, 702 F.3d 655 (2d Cir. 2012).

4. John Barnhardt et al., Appellants, v. Meridian Municipal Separate School District et al., Appellees, 394 F.2d 454 (5th Cir. 1968).

FIRST AMENDED MOTION OF TABLE OF AUTHORITIES CITED - 1

5. Eccleston v. Pine Bush Central School District, No. 12-cv-2303-KMK-PED (S.D.N.Y. 2015).

6. Fulton v. W. Brown Local School Dist. Bd. of Ed., No. 15-cv-00053 (S.D. Ohio 2017).

7. Wencho v. Lakewood School District, 177 Ohio Ct. App. 3d 469 (2008).

8. Jones v. McCray, No. 22-C1000 (Georgetown Cnty. Ct. 2017).

9. Shively v. Green Local School District Board of Education, No. 5:11-cv-02398-BYP (N.D. Ohio 2015).

10. Lee ex rel. E.L. v. Lenape Valley Regional Board of Education, 2009 WL 900174 (D.N.J. Mar. 31, 2009).

11. George v. Board of Education of the Township. of Millburn, No. 11-cv-00043-WJM (D.N.J. 2016).

12. Madison & United States v. Sullivan County Board of Education, (2:00-cv-00094) District Court, E.D. Tennessee

13. Davis v. Monroe County Board of Education (1999).

14. Bari v. New York City Department of Education (N.Y. Sup. Ct. 2004).

15. Ishmael v. City of New York, (Richmond Cnty. Supreme Ct. 2015).

16. Schneiderman v. Farmingdale United Free School District (Nassau Cnty. Supreme Ct. 2015).

17.D.O. v. Pennsauken High School, L-000361-15 (N.J. Super. Ct., Camden Cnty. 2017).

Dated this 15 of May, 2021.

/s/ La Dell Grizzell

La Dell Grizzell (Pro Per)

AMENDED MOTION OF TABLE OF AUTHORITIES CITED - 3

La Dell Grizzell Pro Per
Address: N/A
San Marcos, CA 92069
Phone: N/A | Fax: N/A
ladellgrizzell@gmail.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

CALIFORNIA

LA DELL GRIZZELL, MINOR JOHN DOE #1, MINOR JANE DOE #2, MINOR JOHN DOE #3,

Plaintiff,

vs.

SAN ELIJO ELEMENTARY SCHOOL, SAN MARCOS UNIFIED SCHOOL DISTRICT,

Defendant

Case No.: **21cv863-CAB-MDD**

FIRST AMENDED MOTION OF TABLE OF CONTENTS

## **Table of Contents**

**1.** Civil Cover Sheet

**2.** Letter from San Marcos Unified School District

    **a.** Notice of Rejection Minor John Doe #1

    **b.** Notice of Rejection Minor Jane Doe #2

    **c.** Notice of Rejection Minor John Doe #3

**3.** Jurisdiction (page 1)

FIRST AMENDED MOTION OF TABLE OF CONTENTS - 1

**4.** Venue (page 1-2)

**5.** Parties (page 2)

**6.** Summary (page 3-7)

**7.** Statement of Facts (page 7-69)

**8.** Claims(s) (page 69-113)

**9.** Request for Relief (page 113-114)

**10.**Demand for Jury Trial (page 114)

**11.**Exhibits A-AF

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15 of May, 2021.

/s/ La Dell Grizzell

_____

Signature

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

LA DELL GRIZZELL, MINOR JOHN DOE #1, MINOR JANE DOE #2, MINOR JOHN DOE #3

**DEFENDANTS**

SAN ELIJO ELEMENTARY SCHOOL, SAN MARCOS UNIFIED SCHOOL DISTRICT

**(b)** County of Residence of First Listed Plaintiff    San Marcos
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    San Marcos
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Per

Attorneys *(If Known)*

'21CV863   CAB MDD

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| [x] 1   U.S. Government Plaintiff | [ ] 3   Federal Question *(U.S. Government Not a Party)* |
| [ ] 2   U.S. Government Defendant | [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane    [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product     Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument |     Liability    [ ] 367 Health Care/ | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel &     Pharmaceutical | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act |     Slander     Personal Injury | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 330 Federal Employers'     Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| |     Liability    [ ] 368 Asbestos Personal | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 340 Marine     Injury Product | | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 345 Marine Product     Liability | | | |
| [ ] 190 Other Contract |     Liability    **PERSONAL PROPERTY** | **LABOR** | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 350 Motor Vehicle    [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 355 Motor Vehicle    [ ] 371 Truth in Lending | | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| |     Product Liability    [ ] 380 Other Personal | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | |
| | [ ] 360 Other Personal     Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| |     Injury    [ ] 385 Property Damage | [ ] 751 Family and Medical | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | [ ] 362 Personal Injury -     Product Liability |     Leave Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| |     Medical Malpractice | [ ] 790 Other Labor Litigation | | |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights    **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 220 Foreclosure | [ ] 441 Voting    [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment    [ ] 510 Motions to Vacate | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/     Sentence | | | |
| [ ] 245 Tort Product Liability |     Accommodations    [ ] 530 General | | | |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities -    [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| |     Employment    **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities -    [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| |     Other    [ ] 550 Civil Rights | | | |
| | [ ] 448 Education    [ ] 555 Prison Condition | | | |
| |    [ ] 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from Another District *(specify)* | [ ] 6 Multidistrict Litigation - Transfer | [ ] 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
14th Amendment/42 U.S.C. § 1983

Brief description of cause:
FEDERAL LAWS OF CIVIL RIGHTS, TITLE IV &VI OF THE CIVI RIGHTS ACT OF 1964, ETC.

**VII. REQUESTED IN COMPLAINT:**    [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    **DEMAND $** 100,000,000.00    CHECK YES only if demanded in complaint:    **JURY DEMAND:** [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY**    *(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____



## Letter from SMUSD

1 message

| | |
|---|---|
| **Nancy Grijalva** < ████████████████ | Wed, Jan 6, 2021 at 5:38 PM |
| pTo: ██████████████ | |
| Cc: Lisa Jensen ████████████ ██ Michael Taylor ████████████████ | |

**To La Dell Grizzell,**

**Please look at the attached document.**

--
Thank you,
Nancy Grijalva, MPH
Coordinator - Risk Management
San Marcos Unified School District
████████████████

**3 attachments**

📄 **Notice of Rejection_John Doe.pdf**
   216K

📄 **Notice of Rejection_John Doe_II.pdf**
   217K

📄 **Notice of Rejection_Jane Doe.pdf**
   225K

**SAN MARCOS**
UNIFIED SCHOOL DISTRICT
engaging students...inspiring futures

255 Pico Avenue, Suite 250        T 760.752.1299
San Marcos, CA 92069              F 760.471.4928
                                  www.smusd.org

January 6, 2021

John Doe

Re: Your Claim Dated December 21, 2020, Against San Marcos Unified School District

## NOTICE OF ACTION OR REJECTION

NOTICE IS HEREBY GIVEN that the claim which you presented to San Marcos Unified School District on December 21, 2020, was rejected for claims occurring on or after June 21, 2020, and returned without action for claims occurring prior to June 21, 2020.

### *WARNING*

Subject to certain exceptions, you have only six (6) months from the date this Notice was personally delivered or deposited in the mail to file a court action on claims presented on or after May 9, 2011. (See Government Code Section 945.6)

### *NOTICE OF RETURN WITHOUT ACTION*

NOTICE IS HEREBY GIVEN that claims presented before June 21, 2020, are being returned as late for not being presented within six (6) months after the event or occurrence as required by law. See Sections 901 and 911.2 of the Government Code. No action was taken for that portion of your claim that was not presented within the time allowed by law.

Your only recourse at this time for untimely presented claims is to apply without delay to San Marcos Unified School District for leave to present a late claim. See Sections 911.4 to 912.2, inclusive and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Michael Taylor – Assistant to Superintendent – Business Service
cc: Lisa Adriance Jensen
Return Receipt Requested

Refer to Government Code Sections:        912.6, 913 (Reference codes only)

Governing Board:    Sarah Ahmad    Stacy Carlson    Jaime Chamberlin    Sydney Kerr    Carlos Ulloa

Kevin Holt, Interim Superintendent

**SAN MARCOS**
UNIFIED SCHOOL DISTRICT
engaging students...inspiring futures

255 Pico Avenue, Suite 250
San Marcos, CA 92069

T 760.752.1299
F 760.471.4928
www.smusd.org

January 6, 2021

John Doe

Re: Your Claim Dated December 21, 2020, Against San Marcos Unified School District

## NOTICE OF ACTION OR REJECTION

NOTICE IS HEREBY GIVEN that the claim which you presented to San Marcos Unified School District on December 21, 2020, was rejected for claims occurring on or after June 21, 2020, and returned without action for claims occurring prior to June 21, 2020.

### *WARNING*

Subject to certain exceptions, you have only six (6) months from the date this Notice was personally delivered or deposited in the mail to file a court action on claims presented on or after May 9, 2011. (See Government Code Section 945.6)

### *NOTICE OF RETURN WITHOUT ACTION*

NOTICE IS HEREBY GIVEN that claims presented before June 21, 2020, are being returned as late for not being presented within six (6) months after the event or occurrence as required by law. See Sections 901 and 911.2 of the Government Code. No action was taken for that portion of your claim that was not presented within the time allowed by law.

Your only recourse at this time for untimely presented claims is to apply without delay to San Marcos Unified School District for leave to present a late claim. See Sections 911.4 to 912.2, inclusive and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Michael Taylor - Assistant to Superintendent - Business Service
cc: Lisa Adriance Jensen
Return Receipt Requested

Refer to Government Code Sections:          912.6, 913 (Reference codes only)

Governing Board:    Sarah Ahmad    Stacy Carlson    Jaime Chamberlin    Sydney Kerr    Carlos Ulloa

Kevin Holt, Interim Superintendent

**SAN MARCOS**
UNIFIED SCHOOL DISTRICT
engaging students...inspiring futures

255 Pico Avenue, Suite 250
San Marcos, CA 92069

T 760.752.1299
F 760.471.4928
www.smusd.org

January 6, 2021

Jane Doe

Re: Your Claim Dated December 21, 2020, Against San Marcos Unified School District

## NOTICE OF ACTION OR REJECTION

NOTICE IS HEREBY GIVEN that the claim which you presented to San Marcos Unified School District on December 21, 2020, was rejected for claims occurring on or after June 21, 2020, and returned without action for claims occurring prior to June 21, 2020.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this Notice was personally delivered or deposited in the mail to file a court action on claims presented on or after May 9, 2011. (See Government Code Section 945.6)

## NOTICE OF RETURN WITHOUT ACTION

NOTICE IS HEREBY GIVEN that claims presented before June 21, 2020, are being returned as late for not being presented within six (6) months after the event or occurrence as required by law. See Sections 901 and 911.2 of the Government Code. No action was taken for that portion of your claim that was not presented within the time allowed by law.

Your only recourse at this time for untimely presented claims is to apply without delay to San Marcos Unified School District for leave to present a late claim. See Sections 911.4 to 912.2, inclusive and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Michael Taylor - Assistant to Superintendent - Business Service
cc: Lisa Adriance Jensen
Return Receipt Requested

Refer to Government Code Sections:          912.6, 913 (Reference codes only)

Governing Board:    Sarah Ahmad    Stacy Carlson    Jaime Chamberlin    Sydney Kerr    Carlos Ulloa

Kevin Holt, Interim Superintendent